UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:12-MJ-1558

UNITED STATES OF AMERICA

V.

DISMISSAL ORDER

**Whitfield, Kiamma H.**

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason:

☐ Compliance

☐ Completed Driver Improvement Training

☐ Proof of Safe Driving Record

☑ Prosecutorial Discretion: Amended Criminal Information

Offenses: DWI; Careless and Reckless by Speed; No License; Unregistered Vehicle

Category: O

Initial Docket Date:

Submitted on: 1/15/13

DAVID A. COLEMAN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This 16 day of Jan, 2013.

United States Magistrate Judge